USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff,

-against-

DB INSURANCE COMPANY,

Defendant.

1:25-cv-10423-MKV
**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

By Court Order, the parties are required to appear for a status conference on June 17, 2026, at 2:00 p.m. [ECF No. 13] at 4. By the same Order, the parties were required to file, by June 10, 2026, a joint status letter. *Id.* The parties failed to do so. This is not the first time the parties have failed to adhere to a Court Order concerning pre-conference submissions. *See* [ECF No. 10].

Accordingly, it is HEREBY ORDERED that, on or before June 15, 2026, the parties shall submit a joint letter as required by the Order at docket number thirteen.

**The Parties are on notice that continued failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including monetary sanctions on counsel and/or the parties; preclusion of claims, defenses, evidence, and motion practice; and/or dispositive, case-terminating sanctions.**

**SO ORDERED.**

**Date:  June 11, 2026
New York, NY**

_____
**MARY KAY VYSKOCIL
United States District Judge**