Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.cmg.law

Coughlin Midlige & Garland LLP

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

MEMORANDUM ENDORSED

ADAM M. SMITH
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

August 19, 2026

**Via ECF**
Honorable Gabriel W. Gorenstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Zurich American Insurance Company v. DB Insurance Company***
**S.D.N.Y. Civil Case No. 1:25-cv-10423-MKV**
**Our File No. Z0021-02499**

Dear Judge Gorenstein:

We represent Zurich American Insurance Company ("Zurich") in the above-referenced matter. A Settlement Conference has been scheduled before Your Honor for Tuesday, August 25, 2026 at 10:00 a.m. That Conference is to be conducted virtually by way of a video conference. Unfortunately, I am scheduled to undergo a medical procedure on Wednesday, August 26 that will require preparation on Tuesday, August 25, which will render me unavailable for the Conference. I was unaware of the preparation necessary, which is why I did not raise the conflict earlier. Accordingly, we request a short adjournment of the Conference. Counsel for Defendant has consented to this request.

We appreciate the Court's courtesy and cooperation in considering this request. We request that to the extent the Settlement Conference is rescheduled. it remain as a virtual conference. Should our request be granted, we will confer with defense counsel about potential dates to reschedule in the next few weeks.

Should the Court have any questions, or wish to discuss this matter in greater detail, we will make ourselves available at the Court's convenience.

Respectfully Yours,

**COUGHLIN MIDLIGE & GARLAND LLP**

*/s/ Adam M. Smith*
Adam M. Smith

Coughlin Midlige & Garland LLP



cc: **Via ECF**
Karen M. Berberich
Lewis Johs Avallone Aviles, LLP
1377 Motor Parkway, Suite 400
Islandia, New York 11749
kmberberich@lewisjohs.com
*Attorneys for Defendant,*
*DB Insurance Company*

Application denied without prejudice for failure to comply with the procedures contained in Docket # 34 concerning adjournments.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 19, 2026