Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.cmg.law

Coughlin Midlige & Garland LLP

350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

ADAM M. SMITH
DIRECT DIAL: (212) 612-4995
EMAIL: ASMITH@CMG.LAW

August 19, 2026

**Via ECF**
Honorable Gabriel W. Gorenstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

**Re:** ***Zurich American Insurance Company v. DB Insurance Company***
**S.D.N.Y. Civil Case No. 1:25-cv-10423-MKV**
**Our File No. Z0021-02499**

Dear Judge Gorenstein:

We represent Zurich American Insurance Company ("Zurich") in the above-referenced matter and we submit this letter as a follow-up to our adjournment request previously filed this morning. A Settlement Conference has been scheduled before Your Honor for Tuesday, August 25, 2026 at 10:00 a.m. and I am scheduled to undergo a medical procedure on Wednesday, August 26 that will require preparation on Tuesday, August 25, which will render me unavailable for the Conference.

Pursuant to Paragraph 8 of Your Honor's August 13, 2026 Standing Order, we request a short adjournment of the Conference. Counsel for Defendant has consented to this request. We have contacted chambers to request a new date for the Conference, and both parties are available on September 22, 2026 at 10:00 a.m.

We appreciate the Court's courtesy and cooperation in considering this request. We request that to the extent the Settlement Conference is rescheduled, it remain as a virtual conference.

Should the Court have any questions, or wish to discuss this matter in greater detail, we will make ourselves available at the Court's convenience.

Respectfully Yours,

**COUGHLIN MIDLIGE & GARLAND LLP**

*/s/ Adam M. Smith*
Adam M. Smith

Coughlin Midlige & Garland LLP

Honorable Gabriel W. Gorenstein
August 19, 2026
Page 2

cc: **Via ECF**
Karen M. Berberich
Lewis Johs Avallone Aviles, LLP
1377 Motor Parkway, Suite 400
Islandia, New York 11749
kmberberich@lewisjohs.com
*Attorneys for Defendant,*
*DB Insurance Company*

The settlement conference is adjourned to September 22, 2026, at 10:00 a.m. The provisions of Docket # 34 otherwise remain in effect. Submissions are due September 16, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 19, 2026