LEWIS JOHS
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

MEMORANDUM ENDORSED

September 21, 2026

**VIA ECF**
Honorable Gabriel W. Gorenstein
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Zurich American Insurance Company v. DB Insurance Company***
**S.D.N.Y. Civil Case No. 1:25-cv-10423-MKV**

Dear Judge Gorenstein:

This office is counsel for Defendant, DB Insurance Company ("DB"), in the above-referenced matter. A settlement conference has been scheduled before Your Honor for Tuesday, September 22, 2026 at 10:00 a.m. The Conference is to be conducted virtually by way of a video conference. During pre-conference settlement discussions with plaintiff, it was determined that DB needs additional documentation from plaintiff in order to participate in meaningful settlement negotiation.

As we do not wish to waste the Court's time, we are requesting an adjournment of the Conference. Thank you for your consideration of this request. We further request that to the extent the Settlement Conference is rescheduled, it remain as a virtual conference. We have conferred with counsel and the Court, and all have stated that they are available on October 16, 2026 at 10:00 a.m. for the conference.

Should the Court have any questions, or wish to discuss this matter in greater detail, we are available at your convenience.

Conference adjourned to October 16, 2026, at 10:00 a.m. Updated settlement letters are due October 9, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 22, 2026

Respectfully Submitted,

LEWIS JOHS AVALLONE AVILES, LLP

Amanda C. Dickens, Esq.
***Attorneys for Defendant***
1377 Motor Parkway, Suite 400
Islandia, New York 11749
acdickens@lewisjohs.com
Tel: (631) 755-0101
Fax: (631) 755-0117