MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ZURICH AMERICAN INSURANCE COMPANY

Plaintiff,

-against-

DB INSURANCE COMPANY,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:25-cv-10423

**UNOPPOSED NOTICE MOTION TO SEAL**

**PLEASE TAKE NOTICE THAT**, upon the annexed Memorandum in Support of Unopposed Motion for Leave to File Under Seal, and upon all of the papers and proceedings had herein, defendant, DB Insurance Company will move this Court on a date and time to be set by the Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order permitting the sealing of Defendant's letter dated September 18, 2026 (ECF No. 39) and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE THAT** counsel for Plaintiff has stated that Plaintiff does not oppose this Motion.

Dated: Islandia, New York
September 21, 2026

Respectfully Submitted,

LEWIS JOHS AVALLONE AVILES, LLP

Amanda C. Dickens

Amanda C. Dickens, Esq.
***Attorneys for Defendant***
1377 Motor Parkway, Suite 400
Islandia, New York 11749
acdickens@lewisjohs.com
Tel: (631) 755-0101

In light of the reference to settlement negotiations in the letter, the motion to seal is granted.

So Ordered. Gabriel W. Gorenstein

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 22, 2026